# UNITED STATES DISTRICT COURT
для the
District of Arizona

DOB 11-17-16

| | |
|---|---|
| United States of America<br>v.<br>Artemio Aranda-Peralta,<br>A205 018 089<br>*Defendant* | Case No.  16-9423 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about November 17, 2016, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Artemio Aranda-Peralta, an alien, was found in the United States of America, at or near Maricopa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near Brownsville, Texas, on or about November 7, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Margaret Perlmeter

☒ Continued on the attached sheet.

*Complainant's signature*
Paul M. Ford
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 21, 2016

*Judge's signature*

City and state: Phoenix, Arizona

Eileen S. Willett
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Paul M. Ford, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 17, 2016, Border Patrol Agent I. Alfaro encountered an individual near Maricopa, in the District of Arizona. The agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Artemio Aranda-Peralta, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Aranda-Peralta was transported to the Casa Grande Border Patrol Station for further processing. Aranda-Peralta was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Artemio Aranda-Peralta to be a citizen of Mexico and a previously deported criminal alien. Aranda-Peralta was removed from the United States to Mexico through Brownsville, Texas, on or about November 7, 2013, pursuant to a removal order issued by an Immigration Judge. There is no record of Aranda-Peralta in any Department of Homeland Security database to suggest that he

1

obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Aranda-Peralta's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Artemio Aranda-Peralta was convicted of Aggravated Assault-Attempt to Cause Bodily Injury, and Possession of Weapon for Unlawful Purpose, both felony offenses, on or about August 8, 2013, in the Essex County Superior Court, State of New Jersey. Aranda-Peralta was sentenced to three hundred and seventy-nine (379) days' confinement and three (3) years' probation. Aranda-Peralta's criminal history was matched to him by electronic fingerprint comparison.

5. On November 18, 2016, Artemio Aranda-Peralta was advised of his constitutional rights. Aranda-Peralta freely and willingly acknowledged his rights and declined to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 17, 2016, Artemio Aranda-Peralta, an alien, was found in the United States of America, at or near Maricopa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Brownsville, Texas, on or about November 7, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to

reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Paul M. Ford
U.S. Border Patrol Agent

Sworn to and subscribed before me
this 21st day of November, 2016.

_____
Eileen S. Willett
United States Magistrate Judge

3